**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SCOT SMITH, | ) | CASE NO. 3:21-CV-02266-JZ |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| FIREXO GROUP LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action, in its entirety, without prejudice, with each party to bear its own costs. Notwithstanding such dismissal, pursuant to Paragraph 10.a. of the Stipulated Protective Order (Doc. 27) entered in this action, such "Order shall remain in force after dismissal or entry of final judgment not subject to further appeal," including with respect to the Protection of Confidential Material (Paragraph 5) and Obligations on Conclusion of Litigation (Paragraph 10).

Submitted by:

/s/ *Aaron M. Bernay*
Aaron M. Bernay (0086495)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
(513) 651-6831 (phone)
(513) 651-6981 (fax)
abernay@fbtlaw.com

*Counsel for Plaintiff Scot Smith*

*/s/ David T. Bules (permission via e-mail on 10/26)*
Jason J. Blake (0087692)
Gretchen L. Whaling (0096780)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 621-1500
Facsimile: (614) 621-0010
jblake@calfee.com
gwhaling@calfee.com
jfisher@calfee.com

1

2

Mitchell G. Blair (0010892)
David T. Bules (0083834)
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
mblair@calfee.com
dbules@calfee.com

*Attorneys for Defendant Firexo Group Limited*

0148075.0746242   4894-3569-7291v1

2