Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| SCOT SMITH, | ) CASE NO. 3:21-CV-02266-JZ |
| | ) |
| Plaintiff, | ) JUDGE JACK ZOUHARY |
| | ) |
| v. | ) |
| | ) |
| FIREXO GROUP LIMITED, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action, in its entirety, without prejudice, with each party to bear its own costs. Notwithstanding such dismissal, pursuant to Paragraph 10.a. of the Stipulated Protective Order (Doc. 27) entered in this action, such "Order shall remain in force after dismissal or entry of final judgment not subject to further appeal," including with respect to the Protection of Confidential Material (Paragraph 5) and Obligations on Conclusion of Litigation (Paragraph 10).

Submitted by:

| | |
|---|---|
| /s/ *Aaron M. Bernay* | /s/ *David T. Bules (permission via e-mail on* |
| Aaron M. Bernay (0086495) | *10/26)* |
| FROST BROWN TODD LLC | Jason J. Blake (0087692) |
| 3300 Great American Tower | Gretchen L. Whaling (0096780) |
| 301 East Fourth Street | CALFEE, HALTER & GRISWOLD LLP |
| Cincinnati, OH 45202 | 1200 Huntington Center |
| (513) 651-6831 (phone) | 41 South High Street |
| (513) 651-6981 (fax) | Columbus, Ohio 43215 |
| abernay@fbtlaw.com | Telephone: (614) 621-1500 |
| | Facsimile: (614) 621-0010 |
| *Counsel for Plaintiff Scot Smith* | jblake@calfee.com |
| | gwhaling@calfee.com |
| | jfisher@calfee.com |

1

2

Mitchell G. Blair (0010892)
David T. Bules (0083834)
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
mblair@calfee.com
dbules@calfee.com

*Attorneys for Defendant Firexo Group Limited*

2